**Electronically Filed**
**Supreme Court**
**SCAD-19-0000656**
**30-JAN-2020**
**03:20 PM**

SCAD-19-0000656

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

STUART ERIC RAGAN,
Respondent.

---

ORIGINAL PROCEEDING
(ODC Case No. 15-032-9251)

ORDER OF SUSPENSION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the report and recommendation filed on September 24, 2019 by the Disciplinary Board of the Hawai'i Supreme Court and the record in this matter, we find that the Hearing Officer's Findings of Fact are supported by the evidence in the record, and that the violations of the Hawai'i Rules of Professional Conduct identified by him, based upon those facts, are correct and supported by the record. In light of this, and upon consideration of the record, we therefore adopt the Board's recommended discipline. Therefore,

IT IS HEREBY ORDERED that Respondent Stuart Eric Ragan is suspended for one year and one day, effective 30 days after the entry date of this order, as provided by Rules 2.3(a)(2) and 2.16(c) of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH).

IT IS FURTHER ORDERED that Respondent Ragan shall, within 10 days after the effective date of his suspension, file with this court an affidavit that he has fully complied with the duties of a suspended attorney, as set forth in RSCH Rule 2.16(d).

IT IS FURTHER ORDERED that Respondent Ragan shall pay to his former clients the Medeiroses $30,445.00 in restitution, within 20 days after the entry date of this order.  Respondent Ragan shall submit proof of payment into the record of this matter within 10 days after said payment has been made.

IT IS FURTHER ORDERED that Respondent Ragan shall bear the costs of the disciplinary proceedings, upon approval by this court of a timely submitted verified bill of costs from the Office of Disciplinary Counsel, pursuant to RSCH Rule 2.3(c).

DATED: Honolulu, Hawaiʻi, January 30, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2